UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

DESIRAE HALL, ON BEHALF OF
HERSELF AND THOSE
SIMILARLY SITUATED,

      CASE NO.:  3:14-CV-78-TCB

    Plaintiff,

vs.

SPECTRUM HABILITATION
SERVICES, INC., A GEORGIA
PROFIT CORPORATION, AND
REGINALD SMITH,
INDIVIDUALLY,

    Defendants.                    /

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, DESIRAE HALL, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, files her Voluntary Notice of Dismissal without Prejudice.

Dated this 3rd day of September, 2014.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esquire
GBN 711884
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile:  (407) 245-3401
Email:  RMorgan@forthepeople.com

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served via U.S. Mail Delivery to: Spectrum Habilitation Services c/o Reginald Smith, Registered Agent, 110 Habersham Drive, Fayetteville, Georgia 30214 this 3rd day of September 2014.

/s/ C. RYAN MORGAN
C. Ryan Morgan